JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BUDGET BLINDS INC., a corporation,<br>    Plaintiff,<br><br>  vs.<br><br>JOSH JAMES LECLAIR,<br>    Defendant. | Case: SA CV 12-1101 DOC (MLGx)<br><br>ENTRY OF JUDGMENT |

Pursuant to the Court's Order (Dkt. 40), the Court hereby enters judgment after confirming the Arbitration Award. Damages, fees and costs, as provided for in the Award, are in the amount of $275, 234.58, plus interest accrued from April 27, 2012 until January 25, 2013 at a rate of 10 percent ($20,661.44), for a total judgment of $295,896.02.

DATED: January 25, 2013

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE